GEORGE F. WILLIAMS v. W. T. CROCKETT.

**Recovery upon Implied Quantum Meruit, Special Contract Denied, Held Affirmed.**

> Recovery upon election to sue upon an implied quantum meruit, denial of special contract having been made in writing before suit commenced, is affirmed.

ERROR to common pleas court.

*Burch & Johnson,* for plaintiff in error.
*Chas. A. J. Walker,* for defendant in error.

## GIFFEN, P. J.

The plaintiff in error not only denied the existence of any special contract with the defendant in error, but made such denial in writing before suit was commenced.

The defendant in error thereupon elected to sue as upon an implied *quantum meruit* for the value of the services rendered, and recovered a verdict. The judgment should be affirmed. *Ralston* v. *Kohl,* 30 Ohio St. 92.

**Smith** and **Swing, JJ.,** concur.